UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60946-CIV-COHN
MAGISTRATE JUDGE P.A. WHITE

MARTIN R. DIEZ,                    :

         Plaintiffs,               :          REPORT OF
                                              MAGISTRATE JUDGE
v.                                 :

THOMAS SIMCOX,                     :

                                   :

         Defendant.                :
_____

Martin R. Diez, currently housed in the Dade Correctional Institution, submitted a copy of an "affidavit and Declaration" apparently sent to the United States Attorney's Office. The document indicates "cc: Justice Fraud Section, U.S. District Court." The Clerk of Court has docketed this pleading as a federal civil rights complaint pursuant to 42 U.S.C. §1983.

It was unclear whether Mr. Diez intended to file a federal lawsuit. The document details alleged misconduct by a Hollywood, Florida Police Detective.

Mr. Diez was sent two forms by the Court - one to be used to challenge the constitutionality of a conviction (a petition for a writ of habeas corpus) and one to file a complaint alleging that one or more state actors violated his constitutional rights. He was told that if he wished to pursue a case in this Court he was to submit one of the two forms sent to him and to include either the filing fee or file a motion to proceed *in forma pauperis* with supporting financial affidavit, on the form provided, on or before July 25, 2008. The Order was entered on June 30, 2008.

The plaintiff has failed to comply with the Court's Order and has filed nothing further in this case. It appears that he is not interested in prosecuting this case in this Court.

It is therefore recommended that this complaint be dismissed without prejudice for failure prosecute as demonstrated by his failure to comply with the Court's Order.

Objections to this Report may be filed within day days following receipt.

Dated at Miami, Florida this 28th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE


cc:  Martin R. Diez, <u>Pro Se</u>
     DC No. L64072
     Dade Correctional Institution
     19000 S.W. 377th Street
     Florida City, FL 33034-6499