UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60946-CIV-COHN/WHITE

**SCANNED**

MARTIN R. DIEZ,

      Plaintiff,

v.

THOMAS SIMCOX,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 4], submitted by United States Magistrate Judge Patrick A. White, regarding Plaintiff Martin Diez's pro se civil rights complaint. Pursuant to 28 U.S.C. §636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Complaint and the Report and Recommendation, and is otherwise fully advised in the premises. The Court notes that Mr. Diez has filed no Objections to the Report and Recommendation, and the time for filing such objections has expired. The Court also notes that to date, Mr. Diez has not complied with the Magistrate Judge's Order directing him to file the appropriate form and include the filing fee or move to proceed in forma pauperis. In consideration of the foregoing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Report of Magistrate Judge Patrick A. White [DE 4] is **ADOPTED**.

2.     Plaintiff Martin Diez's Complaint [DE 1] is **DISMISSED without prejudice** for failure to prosecute.

3.   Any other pending motions are **DENIED as moot**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 26th day of August, 2008.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Martin R. Diez, *pro se*
DC No. L64072
Dade Correctional Institution
19000 S.W. 377th Street
Florida City, FL  33034-6499